Abeir GHATTAS, Respondent,

v.

Kambiz AMINI, Appellant.

No. WD 65417.

Missouri Court of Appeals,
Western District.

Feb. 21, 2006.

Rehearing Denied March 28, 2006.

Howard D. Lay and Molly Brown Barta-
los, Kansas City, for appellant.

Abeir Ghattas, Kansas City, pro se.

Before JOSEPH M. ELLIS, Presiding
Judge, HAROLD L. LOWENSTEIN,
Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

Kambiz Amini appeals the circuit court's
judgment entering an order of protection
against him. We affirm. Rule 84.16(b).